# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | Hon. Faith S. Hochberg |
| ANTHONY RANSOM. | : | 08-514 (FSH) |
| | : | |

This matter having come before the Court upon the May 24, 2010 *pro se* request [docket #3] by Defendant Anthony Ransom ("Defendant") requesting early termination of his term of Supervised Release imposed on February 14, 1992; and this Court having considered the Defendant's request and submissions by the U.S. Probation Office and the Government;

**IT IS** on this 14th day of February, 2011,

**ORDERED** that Defendant's request for early termination of Supervised Release is hereby **GRANTED.**

                                               s/ Faith S. Hochberg
                                               Hon. Faith S. Hochberg
                                               United States District Judge